1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

7  THE BANK OF NEW YORK MELLON,           )
                                          )       Case No. 2:16-cv-00254-JCM-NJK
8                      Plaintiff,          )
                                          )
9  vs.                                     )       ORDER
                                          )
10 HOMETOWN WEST II HOMEOWNERS            )
   ASSOCIATION, et al.,                    )
11                                         )
                       Defendants.         )
12

13          Pending before the court is a joint notice of conditional settlement between Plaintiff and

14  Defendant Hometown West II Homeowners Association.  Docket No. 33.  Plaintiff and Defendant

15  are working to finalize a written settlement agreement.  *Id.* at 1.  Plaintiff and Defendant anticipate

16  that once they finalize the settlement agreement, they will file the appropriate documents to dismiss

17  all pending claims against all defendants.  *Id.*  The parties therefore move this Court to stay all

18  discovery and other scheduling order deadlines.  *Id.* at 2.

19          The Court **GRANTS** the parties' request that all discovery and other scheduling order

20  deadlines be stayed.  The Court **ORDERS** the parties to file a stipulation of dismissal no later than

21  November 14, 2016.

22          IT IS SO ORDERED.

23          Dated: September 30, 2016

24                                                    _____
                                                      NANCY J. KOPPE
25                                                    United States Magistrate Judge
26
27
28