LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
DAVID A. CLARK
Nevada Bar No. 4443
9900 Covington Cross Drive, Ste. 120
Las Vegas, Nevada 89144
(702) 382-1500 - Phone
(702) 382-1512 - Fax
jgarin@lipsonneilson.com
dclark@lipsonneilson.com

*Attorneys for Defendant Hometown West II Homeowners Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2004-10,<br><br>Plaintiff,<br><br>vs.<br><br>HOMETOWN WEST II HOMEOWNERS ASSOCIATION and G&P ENTERPRISES, LLC d/b/a ALLIED TRUSTEE SERVICES,<br><br>Defendants. | Case No.: 2:16-cv-00254-JCM-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Defendants and Plaintiff, pursuant to the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.

. . .

. . .

. . .

The parties further stipulate that each side shall bear its own fees and costs.

Respectfully Submitted,

Dated this 5th day of December 2016.

**LIPSON NEILSON COLE SELTZER & GARIN, P.C.**

 /s/ David A. Clark
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
DAVID A. CLARK
Nevada Bar No. 4443
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorneys for Defendants Hometown West II Homeowners Association and G&P Enterprises, LLC d/b/a Allied Trustee Services*

Dated this 5th day of December 2016.

**AKERMAN LLP**

 /s/ Tenesa S. Scaturro
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Plaintiff The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificate Holders of CWABS, Inc., Asset-Backed Certificates, Series 2004-10*

## **ORDER**

IT IS SO ORDERED.

DATED: December 9, 2016

_____
UNITED STATES DISTRICT JUDGE